# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| James Alfred Futrell, | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 3:20-cv-00543-MR |
| vs. | ) | |
| Roy Cooper, et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2021 Order.

July 28, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court